CHAPMAN *v.* REED and Others.

This Court will not disturb a verdict which the evidence tends to sustain.

APPEAL from the *Kosciusko* Circuit Court.

*Per Curiam.*—Suit on an account. Answer: denial, payment and statute of limitations.

The question turns upon whether the finding is sustained in view of the evidence in reference to the date of the purchase of a part of the goods, &c.

As there is evidence tending to support that finding, we can not reverse the judgment.

The judgment is affirmed, with 3 per cent. damages and costs.

*James S. Frazier* and *G. W. Frazier*, for the appellant.

*Carpenter & Haymond*, for the appellees.